

# THE ATTORNEY GENERAL
# OF TEXAS

## AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

August 9, 1965

Honorable Robert S. Calvert            Opinion No. C-479
Comptroller of Public Accounts
Austin, Texas                          Re:  Whether you may law-
                                            fully make a cash
                                            refund on certain
                                            unused cigarette tax
Dear Mr. Calvert:                           stamps.

        You ask the Attorney General if you may issue a State
warrant to redeem at their face value certain cigarette tax
stamps.  The 59th Legislature, Regular Session, approved a
claim of the C. B. Preston Estate for redemption in cash of
7,820 cigarette tax stamps issued by this State between
June, 1952 and March, 1954.  These stamps have a net value
of $303.42.

        You further advise us that as of September 1, 1959 the
cigarette tax rate was changed from 5 cents to 8 cents per
package and at that time a new design of stamps was intro-
duced.  Further, you state that all stamps of the 5 cents
denomination were recalled by the State and replaced with
the new stamps and that the old stamps were declared by the
State to be void after 60 days from such declaration.

        Our opinion is that you are prohibited from redeeming
or paying for these stamps in any manner.

        Art. 7.08, Subd. (4) of Title 122A, Taxation General,
in its pertinent portion, reads as follows:

        "(4)  The Comptroller is hereby authorized to
    change the design of the stamp as often as he may
    deem such change necessary  to the best enforcement
    of the provisions of this Chapter, and the Treasurer
    is hereby required to redeem at face value any unused
    cigarette tax stamps lawfully issued, prior to such
    change in the design, which are in the possession of
    any bona fide owner, by exchanging at face value
    cigarette tax stamps of the new design.  Provided,

that whenever a change is made in the design of the stamps every person holding stamps of the old design shall be required to send them to the Treasurer for exchange at face value for stamps of the new design. Such exchange shall be made within sixty (60) days after the date of the issue of the new design of stamps and it shall be unlawful for any person to have in his possession any stamps of an old design after sixty (60) days from the date of issue of a new design; . . .

"Any person who shall have in his possession any cigarette tax stamps of the old design after sixty (60) days from the date of issue of a new design of stamps shall be guilty of a felony and shall be punished as set out in Article 7.37 of this Chapter."

Since the stamps in question which were issued between June, 1952 and March, 1954 were superseded by the change in design and declaration of the Comptroller in 1959 pursuant to the above quoted statutory authority then these provisions clearly bar redemption of the stamps.

S U M M A R Y

Refund for cigarette tax stamps purchased prior to September 1, 1959 may not now be made.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: _____
W. E. Allen
Assistant Attorney General

WEA:rm

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Malcolm Quick
H. Grady Chandler
George Black
Paul Phy

APPROVED FOR THE ATTORNEY GENERAL
BY:  T. B. Wright